**98–2107. MACQ, Inc. v. Marion Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–K–1457. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MISCELLANEOUS DOCKET

| | | |
|---|---|---|
| In re Report of the Commission | : | |
| On Continuing Legal Education. | : | 1998 TERM |
| | : | |
| Joseph Henry Blackwell | : | |
| (#0001563), | : | ENTRY |
| Respondent. | : | |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1992–1993 reporting period.

On August 11, 1995, this court adopted the recommendation of the commission, imposed a sanction fee upon the respondent, and suspended the respondent from the practice of law pursuant to Gov.Bar R. X(6)(B)(3) and Gov.Bar R. X(5)(A)(4). The court further ordered that respondent shall not be reinstated to the practice of law in Ohio until respondent complies with the requirements for reinstatement set forth in Gov.Bar R. X(7).

On November 25, 1998, the commission filed a recommendation pursuant to Gov.Bar R. X(7)(B)(2), finding that the respondent has paid all fees assessed for noncompliance, has made up all deficiencies, and is now in full compliance with all requirements of Gov.Bar R. X, and recommending that the respondent be reinstated to the practice of law in Ohio. On November 25, 1998, the commission certified that respondent had completed the credit hours of continuing legal education required during his suspension by this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Joseph Henry Blackwell, is hereby reinstated to the practice of law from his suspension under Gov.Bar R. X.